No. 5639.—Pueblo, apldo. *v.* Bilbrau, aplte.—C. D. Guayama. ▇▇▇▇▇▇▇▇▇▇▇ Abril 1, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, Demetrio Bilbrau fué acusado por el Fiscal de la Corte de Distrito de Guayama de un delito de atentado a la vida contra la persona del policía insular Rufino Rodríguez;

Por cuanto, celebrado el juicio ante un jurado se probó que dicho policía había recibido dos heridas de bala de revólver, una en un muslo y otra en la cara que le rompió la mandíbula inferior del lado derecho, que era sumamente grave;

Por cuanto, la prueba aportada en el juicio fué contradictoria; apareciendo de la del fiscal que el acusado hizo tres disparos de revólver contra el expresado policía;

Por cuanto, el veredicto del jurado declaró culpable al acusado del delito de acometimiento y agresión con agravantes y la corte le impuso la pena de un año seis meses de cárcel;

Por cuanto, en la apelación que ha interpuesto Demetrio Bilbrau alega que el veredicto es contrario a la prueba y que la pena impuesta es excesiva;

Por cuanto, no encontramos motivo para declarar que el jurado erró al resolver el conflicto de la evidencia dando crédito a la prueba del fiscal;

Por cuanto, dadas las circunstancias de este caso no es excesiva la pena impuesta al apelante;

Por tanto, debemos declarar sin lugar este recurso de apelación y confirmar, como confirmamos, la sentencia apelada.